IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHANIE NICOLE ERENDS,

      Petitioner,                    No. 2:13-cv-1191 KJN P

   vs.

D.K. JOHNSON,

      Respondent.              ORDER

_____/

        Petitioner, a state prisoner, has filed an application to proceed in forma pauperis, and a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges her 2008 conviction in Placer County Superior Court.  Petitioner challenges the same conviction in another habeas corpus action currently pending in this court.  Erends v. Johnson, Case No. 2:12-cv-02603-KJM-CKD P.  Review of the instant petition indicates that petitioner is attempting to amend her first-filed petition, following a stay and abeyance of that action to accord petitioner the opportunity to exhaust all of her claims in state court.  Moreover, the court is required to so construe any new petition filed in the district court when a previous habeas petition is still pending for decision.  In such circumstances, the new petition must be construed as a motion to amend petitioner's first-filed petition.  Woods v. Carey, 525 F.3d 886, 888 (9th Cir. 2008).

Accordingly, IT IS HEREBY ORDERED that:

1. The petition filed in the instant case (ECF No. 1), shall also be filed in Case No. 2:12-cv-02603-KJM-CKD P, and designated therein as a "Motion to Amend."

2. The petition filed in the instant case (ECF No. 1), is denied without prejudice to its filing in Case No. 2:12-cv-02603-KJM-CKD.

3. Petitioner's application to proceed in forma pauperis, filed in the instant case (ECF No. 2), is denied without prejudice.

4. The Clerk of Court is directed to close this case.

DATED: June 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

eren1191.scrn.woods